In re: Robert G. ZEPECKI, Debtor.

Robert G. Zepecki, Appellant,

v.

Bonnie L. Kania, Appellee.

No. 01–1978.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 15, 2001.

Filed Nov. 30, 2001.

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and NANGLE,[1] District Judge.

[UNPUBLISHED]

PER CURIAM.

Robert G. Zepecki appeals from the district court's[2] affirmance of the bankruptcy court's[3] order denying Dr. Zepecki's discharge from bankruptcy because he knowingly and fraudulently gave false oaths relating materially to his assets. *See* 11 U.S.C. § 727(a)(4)(A).

We review the bankruptcy court's factual determinations for clear error. *See In re Cedar Shore Resort, Inc.* 235 F.3d 375, 379 (8th Cir.2000). Our examination of the record leads us to conclude that the bankruptcy court did not clearly err in any of its factual findings, and we conclude that it correctly applied the relevant legal principles as well. We therefore summarily affirm the order of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

2. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

3. The Honorable James G. Mixon, Chief United States Bankruptcy Judge for the Eastern and Western Districts of Arkansas.